Petition for Writ of Mandamus Denied and Memorandum Opinion filed
February 9, 2006









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed February 9, 2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00048-CV

____________

 

IN RE MARYAM JAMILAH, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On January 18, 2006, relator filed a petition
for writ of mandamus in this court.  See
Tex. Gov=t Code Ann. ' 22.221 (Vernon 2005); see also Tex. R. App. P. 52.  In her petition, relator sought to have this
court compel the Honorable James Blackstock, presiding judge of County Court
Number 3 in Brazoria County, to reconsider his ruling sustaining a contest to
her affidavit of indigence filed in connection with her appeal pending in this
court under our number 14-06-00013-CV, styled Maryam Jamilah v. Washington
Mutual Bank, F.A.








Relator has a remedy to challenge the ruling as part of her
appeal instead of by mandamus review.  See
In re Arroyo, 988 S.W.2d 737, 738-39 (Tex. 1998).  Accordingly, we deny relator=s petition for writ of mandamus and
will review the court=s ruling as part of her appeal. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed February 9, 2006.

Panel consists of
Chief Justice Hedges and Justices Yates and Anderson.